IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARLENE GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2422 |
| | § | |
| JOS A. BANK CLOTHIERS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER FOLLOWING NOTICE OF SETTLEMENT STAYING CASE AND DISMISSING WITHOUT PREJUDICE PENDING SETTLEMENT COMPLETION

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the parties' right to move for reinstatement within 10 days on a showing that the settlement could not be completed. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

SIGNED on June 10, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge